IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02815-WDM

ROBERT TREECE,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.
_____

**ORDER OF RECUSAL**
_____

    Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because a member of his family is a partner in Holland & Hart, attorneys for one or more of the parties, and directs that this case be returned to the Clerk for reassignment by random draw.

    DATED at Denver, Colorado, on January 5, 2009

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States Senior District Judge