IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02815-WYD-KLM

ROBERT TREECE,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Amended Motion for Leave to Amend Complaint** [Docket No. 17; Filed March 25, 2009] (the "Motion"). Plaintiff certifies that Defendant does not oppose the relief requested. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Court accepts Plaintiff's Amended Complaint and Jury Demand [Docket No. 17-2] for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint within **ten (10) days** of the date of this Order.

Dated: March 26, 2009